UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIVIAN DIXON,

                   Plaintiff,

     -against-

HOMESENSE, LLC et al.,

                  Defendants.

24-cv-3090 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    By June 18, 2024, Defendants shall submit a letter, not exceeding three pages, addressing Plaintiff's argument in the proposed order to show cause that the Court should waive the Medicaid lien in this case.

    SO ORDERED.

Dated: June 12, 2024
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge